DEAR Abel Acosta 4-14-15 Time 8:15 Am

80,480-01

CASE# WR-80-480-01

Trial Court # 13-01451-85-B

My NAME is Bobbie MORRIS AND My T.D.C.J. Number is 1878549. This is my SECOND letter I'Am write to The Court Concerins my APPEAL. I File the Appeal Back in Nov 4 2014 I wonding how long will it take for the Court Appeal to ISSUE their OPINION in My Appeal. The REASON I write The Court is because I told when I Come up for PAROLE. IF I have a Care in the APPEAL My PAROLE will be Put on hold AND till My Case have been Dismiss ARE Finalize (ect). Because this is hindering the Process of my getting closer to having a chance of being PAROLE. I would Appreciate. IF you Could help ME in the matter AND Thank you for Acknowledgeing my letter of Request.

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 16 2015

Abel Acosta, Clerk

Sincerecy,

Bobbie Morris

5-11-70 D.o.B.